Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 4696 | **DATE** | 12/14/2001 |
| **CASE TITLE** | Guardian Pipeline, L.L.C. Vs. 529.42 Acres of Lane etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Among other objections, defendants Margaret T. and Lawrence C. Morrissey object on the ground that they, not Commonwealth Edison, own a "small hangnail" of land off ComEd's fee right-of-way through their property. The objections based on claim of ownership are overruled.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | DEC 18 2001 date docketed | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | | 188 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | DOCKETING 01 DEC 17 AM 9: 37 | | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

GUARDIAN PIPELINE, L.L.C., )
a Delaware Limited Liability Company, )
)
Plaintiff, )
)
vs. ) No. 01 C 4696
)
529.42 ACRES OF LAND, more or less, )
in Kendall and McHenry Counties, )
Illinois; RANDOLPH J. REIGH, et al., )
and UNKNOWN OWNERS, )
)
Defendants. )

## MEMORANDUM OPINION AND ORDER

Among other objections, defendants Margaret T and Lawrence C. Morrissey object on the ground that they, not Commonwealth Edison Company (ComEd), own a "small hangnail" of land off ComEd's fee right-of-way through their property. They say they own this slice because the grantor of this slice to ComEd's predecessor did not have the slice to grant. Thus, they contend, plaintiff has failed properly to define the acreage; should join ComEd as a defendant; should get things straightened out; and should compensate the Morrisseys for the slice.

The Morrisseys may be right that the sliver reverted to the family when it ceased to be held for railroad purposes. But that is a fight between them and ComEd. We are led to believe that record title of that portion is held by ComEd, and plaintiff may proceed accordingly. If plaintiff reaches agreement with ComEd (and apparently it has because ComEd is not named s a defendant), and the Morrisseys can establish in a suit to quiet title against ComEd or some other action against ComEd that they are the true owners of the property, then ComEd will have to pay them for its reasonable value and any diminishment

in its value occasioned by any easement granted to the plaintiff. But that is not part of this lawsuit. The objections based on claim of ownership are overruled.

_James B. Moran_
JAMES B. MORAN
Senior Judge, U. S. District Court

Dec. 14, 2001.