

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 4696 | **DATE** | 7/10/2002 |
| **CASE TITLE** | Guardian Pipeline, LLC vs. 950.80 Acres of Land etc. et al. | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Will County's motion for reconsideration of this court's June 21, 2002 Memorandum Opinion and Order is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | | number of notices |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | JUL 15 2002 | date docketed |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials |
| | Copy to judge/magistrate judge. | CLERK | |
| | | 02 JUL 12 AM 10: 27 | date mailed notice |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GUARDIAN PIPELINE, L.L.C.,  )
a Delaware Limited Liability Company,  )
                                 )
        Plaintiff,  )
                                 )
      vs.  )        No. 01 C 4696
                                 )
950.80 ACRES OF LAND, more or less,  )
in Kendall and McHenry Counties,  )
Illinois; RANDOLPH J. REIGH, et al.,  )
and UNKNOWN OWNERS,  )
                                 )
      Defendants.  )

DOCKETED
JUL 1 5 2002

## MEMORANDUM OPINION AND ORDER

Will County's motion for reconsideration of this court's June 21, 2002 Memorandum Opinion and Order is denied. That Order was based upon customary standards for granting preliminary relief as well as the All Writs Act. It did not remove the state case (plaintiff did that), and the Order was entered in *this* case in aid of this court's jurisdiction and to protect and effectuate its judgment. We are not concerned whether Will County was added as a party defendant here a few minutes before or a few minutes after the state case was filed. This court had and has both subject matter and personal jurisdiction to enforce the FERC conditions, and it has done so.

                                               JAMES B. MORAN
                                     Senior Judge, U. S. District Court

July 10 , 2002.

